In the Matter of ALBERT H. EUFER et al., Petitioners, against EDWARD T. PIERCE et al., Constituting the Board of Appeals of the Town of New Castle, et al., Respondents.— Proceeding under article 78 of the Civil Practice Act, to review a determination of the Zoning Board of Appeals of the Town of New Castle, Westchester County, granting a variance and permitting the use of an improved parcel of land located in a residential district as a research laboratory under certain definite restrictions. Determination unanimously confirmed, with one bill of $50 costs and disbursements to respondents. No opinion. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.

In the Matter of SAMUEL PINSKY, Respondent, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order annulling the determination of the Temporary City Housing Rent Commission of the City of New York, which denied respondent's application for a certificate of eviction, and directing the issuance of such certificate, reversed on the law and the facts, without costs, and the petition dismissed, without costs. The respondent, owner of the premises, sought a certificate of eviction in respect of an apartment in a two-family house on a showing that his family consists of five persons, that an addition is expected, that his present apartment consists of seven rooms but is undesirable because of several existing violations of the health department regulations, that the premises will not be suitable for the care of the expected baby, and that the apartment sought is closer in distance to the place where the respondent is employed, to which place he must walk because of the requirements of his religion. At the time of the application there was no requirement for a showing of compelling necessity to recover possession, but an application might, nevertheless, properly be denied on that ground. (*Matter of Wallach* v. *Ross,* 273 App. Div. 1021.) There is evidence to support a finding of no compelling necessity, and such a finding is not against the weight of the evidence. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

In the Matter of SHOWBAR, INC., Appellant, against MRS. JOHN SHEPPARD et al., Constituting the State Liquor Authority, Respondents.— Pursuant to stipulation of the parties dated May 28, 1948, the appeal is discontinued, without costs to either party. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

JOHN A. JOHNSON CONTRACTING CORP., Respondent, v. MARYLAND CASUALTY COMPANY et al., Appellants.— In an action by a general contractor against a subcontractor, and the surety on the latter's performance bond, to recover damages for breach of contract, in that the subcontractor failed to proceed diligently in the performance of its work, the jury found in favor of plaintiff both on its claim and on the subcontractor's two counterclaims. Judgment, entered on the verdict of a jury in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post,* p. 854.]